## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Peter John Grzeskowiak, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING ORDER** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 3:16-cv-018 |
| Walsh County, ND, Tammie Vavrovsky, | ) | |
| in her official and personal capacities, and | ) | |
| Jim Kosmatka, in his personal capacity, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is an Order and Recommendation issued by Magistrate Judge Alice R. Senechal on January 12, 2018, wherein Judge Senechal denied the Plaintiff's motion to withdraw his consent to proceed before a magistrate and judge and recommended the undersigned review the Order. See Docket No. 37. The Court has carefully reviewed the Order and Recommendation, the relevant case law, and the entire record, and finds the Order and Recommendation to be persuasive. While 28 U.S.C. § 636(c)(4) permits a party to withdraw its consent to a magistrate judge upon demonstrating extraordinary circumstances, the Plaintiff has failed to make such a showing. Accordingly, the Court **ADOPTS** the Order and Recommendation (Docket No. 37) in its entirety and **DENIES** the Plaintiff's motion to withdraw consent. (Docket No. 36).

   **IT IS SO ORDERED.**

   Dated this 16th day of January, 2018.

_/s/ Daniel L. Hovland_
Daniel L. Hovland, Chief Judge
United States District Court

1